Douglas P. Desjardins
CLAPP, DESJARDINS & ELY, PLLC
444 North Capitol Street, NW
Hall of the States, Suite 828
Washington, D.C. 20001
(202) 638-5300/Facsimile (202) 393-1725
dpd@cdelaw.net

Robert B. Hopkins, P.C., Bar No.: 73143
LANDYE BENNETT BLUMSTEIN LLP
3500 Wells Fargo Center
1300 SW Fifth Avenue
Portland, OR 97201
(503) 224-4100/Facsimile (503) 224-4133
rhopkins@landye-bennett.com

Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LAURIE JONES, individually, and as Personal Representative of the ESTATE OF CHRISTOPHER JONES, deceased,<br><br>　　　　　Plaintiff,<br>vs.<br><br>CIRRUS DESIGN CORPORATION and AVIDYNE CORPORATION,<br><br>　　　　　Defendants.<br><br>CIRRUS DESIGN CORPORATION,<br><br>　　　　　Third-Party Plaintiff,<br>vs.<br><br>JENNIFER S. LINCK or JANE DOE or JOHN DOE, who may be appointed as personal representative of the Estate of PAUL SCHIOLER-LINCK,<br><br>　　　　　Third-Party Defendant. | Case No. CV 06-1656 ST<br><br>**PLAINTIFF'S MOTION FOR SANCTIONS AGAINST DEFENDANT AVIDYNE CORPORATION FOR SPOLIATION OF EVIDENCE**<br><br>**[ORAL ARGUMENT REQUESTED]** |

Page 1 -   PLAINTIFF'S MOTION FOR SANCTIONS AGAINST DEFENDANT AVIDYNE
　　　　　 CORPORATION FOR SPOLIATION OF EVIDENCE

502312.doc.12502-001

LANDYE BENNETT BLUMSTEIN LLP
Attorneys at Law
1300 SW Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224-4100
503.224-4133 (facsimile)

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1

In compliance with L.R. 7.1, plaintiff Laurie Jones' counsel hereby certifies that counsel have made a good faith effort, through personal or telephone conferences, to resolve this dispute and have been unable to reach agreement.

## MOTION

Plaintiff moves for the following sanctions against Avidyne Corporation for its spoliation of evidence, in particular the primary flight display from the subject aircraft. The sanctions requested by plaintiff consist of the following:

1. Striking the answer and dismissing the defenses of, and entering default judgment against, defendant Avidyne Corporation as to liability;

2. In the alternative, should the sanction requested in paragraph 1 above be denied, ordering that it is deemed as fact against defendant Avidyne Corporation that the primary flight display on the subject aircraft was defective and malfunctioning for which defendant Avidyne Corporation is responsible;

3. In the alternative, should the sanctions requested in paragraphs 1 and 2 above be denied, precluding defendant Avidyne Corporation from presenting any expert testimony or other evidence that the primary flight display on the subject aircraft was not defective and malfunctioning for which defendant Avidyne Corporation is responsible;

4. In the alternative should the sanctions requested specified in paragraphs 1, 2 and 3 above be denied, giving jury instructions of adverse inferences against defendant Avidyne Corporation, including instructing that because of the spoliation of evidence by defendant Avidyne Corporation the jury is required to presume that the primary flight display of the subject aircraft was defective and malfunctioning for which defendant Avidyne Corporation is responsible;

Page 2 - PLAINTIFF'S MOTION FOR SANCTIONS AGAINST DEFENDANT AVIDYNE CORPORATION FOR SPOLIATION OF EVIDENCE

502312.doc.12502-001

LANDYE BENNETT BLUMSTEIN LLP
*Attorneys at Law*
1300 SW Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224-4100
503.224.4133 (facsimile)

5.   Awarding attorneys' fees to plaintiff; and

6.   Such other sanctions as the Court deems appropriate.

In support of this Motion, plaintiff submits Plaintiff's Memorandum in Support of Plaintiff's Motion for Sanctions Against Defendant Avidyne Corporation for Spoliation of Evidence, and the Affidavits of Douglas Desjardins, John Bloomfield, and Donald Sommer.

Dated this 31st day of July, 2009.

        Douglas P. Desjardins (*pro hac vice*)
        CLAPP, DESJARDINS & ELY, PLLC

        and

        Robert B. Hopkins
        LANDYE BENNETT BLUMSTEIN LLP

        By:_____s/ Robert B. Hopkins_____
            Robert B. Hopkins, P.C., OSB #73143
            Douglas P. Desjardins
            *Of Attorneys for Plaintiff*

Page 3 -   PLAINTIFF'S MOTION FOR SANCTIONS AGAINST DEFENDANT AVIDYNE CORPORATION FOR SPOLIATION OF EVIDENCE

502312.doc.12502-001

LANDYE BENNETT BLUMSTEIN LLP
*Attorneys at Law*
1300 SW Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224-4100
503.224-4133 (facsimile)