IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LAURIE JONES, individually and as Personal Representative of the ESTATE OF CHRISTOPHER JONES, deceased, | CV-06-1656-ST |
| Plaintiff, | FINDINGS AND RECOMMENDATION ON THIRD-PARTY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| CIRRUS DESIGN CORPORATION and AVIDYNE CORPORATION, | |
| Defendants. | |
| CIRRUS DESIGN CORPORATION and AVIDYNE CORPORATION, | |
| Third-Party Plaintiff, | |
| v. | |
| JENNIFER S. LINCK or JANE DOE or JOHN DOE, who may be appointed as personal representative of the Estate of PAUL SCHIOLER-LINCK, | |
| Third-Party Defendant. | |

1 - FINDINGS AND RECOMMENDATION

STEWART, Magistrate Judge:

Third-Party Defendant, Jennifer S. Linck, as personal representative of the Estate of Paul Schioler-Linck, filed a motion for summary judgment because the claims of Third-Party Plaintiffs, Cirrus Design Corporation ("Cirrus") and Avidyne Corporation ("Avidyne"), are time-barred against the estate under Washington law (docket #152).

Avidyne does not oppose this motion based on the lack of insurance coverage against Linck for the death of Christopher Jones (docket #188). Cirrus filed a response to the motion advising that it has entered into a settlement with plaintiff and intends to voluntarily dismiss its claims against Linck (docket #187).

## RECOMMENDATION

Because the Third-Party Defendant's motion (docket #152) is unopposed, it should be granted. The Third Party Complaint should be dismissed with prejudice and the caption should be amended accordingly.

## SCHEDULING ORDER

The Findings and Recommendation will be referred to a district judge. Objections, if any, are due October 26, 2009. If no objections are filed, then the Findings and Recommendation will go under advisement on that date. If objections are filed, then a response is due within 10 days after being served with a copy of the objections. When the response is due or filed, whichever date is earlier, the Findings and Recommendation will go under advisement.

DATED this 8th day of October, 2009.

s/ Janice M. Stewart_____
Janice M. Stewart
United States Magistrate Judge
