Douglas P. Desjardins
CLAPP, DESJARDINS & ELY, PLLC
444 North Capitol Street, NW
Hall of the States, Suite 828
Washington, D.C. 20001
(202) 638-5300/Facsimile (202) 393-1725
dpd@cdelaw.net

Robert B. Hopkins, P.C., Bar No.: 73143
Matthew K. Clarke, Bar No. 022758
LANDYE BENNETT BLUMSTEIN LLP
3500 Wells Fargo Center
1300 SW Fifth Avenue
Portland, OR 97201
(503) 224-4100/Facsimile (503) 224-4133
rhopkins@landye-bennett.com
mclarke@landye-bennett.com

Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LAURIE JONES, individually, and as Personal Representative of the ESTATE OF CHRISTOPHER JONES, deceased,<br><br>              Plaintiff,<br>vs.<br><br>CIRRUS DESIGN CORPORATION and AVIDYNE CORPORATION,<br><br>              Defendants.<br><br>CIRRUS DESIGN CORPORATION,<br><br>              Third-Party Plaintiff,<br>vs.<br><br>JENNIFER S. LINCK or JANE DOE or JOHN DOE, who may be appointed as personal representative of the Estate of PAUL SCHIOLER-LINCK,<br><br>              Third-Party Defendant. | Case No. CV 06-1656 ST<br><br>**PLAINTIFF'S CORRECTED MOTION TO UNSEAL UNREDACTED MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR AN ORDER TO SHOW CAUSE WHY AVIDYNE SHOULD NOT BE HELD IN CONTEMPT AND HAVE DEFAULT JUDGMENT ENTERED AGAINST IT; AND TO UNSEAL DOCUMENTS FILED IN SUPPORT OF PLAINTIFF'S MOTION FOR AN ORDER TO SHOW CAUSE WHY AVIDYNE SHOULD NOT BE HELD IN CONTEMPT AND HAVE DEFAULT JUDGMENT ENTERED AGAINST IT** |

Page 1 -   PLAINTIFF'S CORRECTED MOTION TO UNSEAL

562798.doc.12502-001

LANDYE BENNETT BLUMSTEIN LLP
*Attorneys at Law*
1300 SW Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224-4100
503.224-4133 (facsimile)

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1

In compliance with L.R. 7.1, plaintiff Laurie Jones' counsel hereby certifies that counsel have made a good faith effort to resolve this dispute and have been unable to reach agreement. Defendant Avidyne Corporation (Avidyne) has refused to consent to its documents that are the subject of this motion being unsealed, or to Plaintiff's memorandum of law which quotes from them.

## MOTION

Plaintiff moves to unseal the unredacted version of the memorandum of law in support of her motion for an order to show cause why Avidyne should not be held in contempt and have default judgment entered against it, which was filed under seal earlier today. This unredacted version of her memorandum of law was filed under seal because it contained very limited quotations from Avidyne's newly produced Tiger Team documents, which Avidyne marked as "Confidential", in order to be in compliance with Paragraph 6 of the protective order in this case (Dkt. 105), requiring such designated documents to be filed under seal.

Plaintiff also moves to unseal the seven documents she filed under seal today in support of her motion for an order to show cause why Avidyne should not be held in contempt and have default judgment entered against it. Specifically plaintiff seeks an Order to unseal documents numbered Avidyne 33447, 33448, 33450, 33464, 33499, 33505. Again, plaintiff filed these documents in support of her motion in order to be incompliance with Paragraph 6 of the protective order (Dkt. 105), because Avidyne had marked the documents "Confidential."

As grounds for this motion plaintiff states that there is no "good cause" to keep the quotations or documents secret. The documents and quotations do not contain information that the defendant has a "protectable interest" in. (*Id.* at page 2, ¶ 1). More importantly Avidyne

Page 2 -   PLAINTIFF'S CORRECTED MOTION TO UNSEAL

562798.doc.12502-001

LANDYE BENNETT BLUMSTEIN LLP
*Attorneys at Law*
1300 SW Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224-4100
503.224-4133 (facsimile)

cannot bear its burden in showing "compelling reasons" to keep these documents from public view which are filed in relation to dispositive motions. *See Pintos v. Pacific Creditors Ass'n*, 565 F.3d 1106, 1115-16 (9th Cir. April 30, 2009).

In further support of this Motion to unseal various documents and file an unredacted memorandum of law, plaintiff relies upon her Memorandum in Support, filed herewith.

Dated this 1st day of February, 2010.

          Douglas P. Desjardins (*pro hac vice*)
          CLAPP, DESJARDINS & ELY, PLLC and
          Robert B. Hopkins
          LANDYE BENNETT BLUMSTEIN LLP


          By: _____s/ Robert B. Hopkins_____
                 Robert B. Hopkins, P.C., OSB #73143
                 Douglas P. Desjardins
                 *Of Attorneys for Plaintiff*

Page 3 -   PLAINTIFF'S CORRECTED MOTION TO UNSEAL

562798.doc.12502-001

**LANDYE BENNETT BLUMSTEIN** LLP
*Attorneys at Law*
1300 SW Fifth Avenue, Suite 3500
Portland, Oregon  97201
503.224-4100
503.224-4133 (facsimile)