Thomas E. Cooney, OSB No. 560237
tecooney@cooneyllc.com
David J. Madigan, OSB No. 013334
dmadigan@cooneyllc.com
COONEY & CREW, LLC
4949 Meadows Road, Suite 460
Lake Oswego, Oregon 97035
T: 503.607.2700
F: 503.607.2702

Ann Thornton Field, Esquire
afield@cozen.com
Evan Caplan, Esquire
ecaplan@cozen.com
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
T:  215.665.2752
F:  215.701.2452
Attorneys for Defendant Avidyne Corporation

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | | |
|---|---|---|
| **LAURIE JONES**, Individually and as Personal Representative of the **ESTATE OF CHRISTOPHER JONES,** deceased, | : : : : | **Case No. CV 06-1656** |
| Plaintiff, | : : | **JOINT STIPULATION RE: WITHDRAWAL OF ALL** |
| v. | : : | **PENDING MOTIONS** |
| **CIRRUS DESIGN CORPORATION, et al,** | : : : | |
| Defendants. | : : : | |
| _____ **CIRRUS DESIGN CORPORATION** | : : : : | |
| Third-Party Plaintiff | : : : | |
| v. | : : : | |
| **JENNIFER S. LINCK** or **JANE DOE** or **JOHN DOE**, who may be appointed as personal representative of the Estate of **PAUL SCHIOLER-LINCK**, | : : : : : | |
| Third-Party Defendant. _____ | : | |

Page 1 – JOINT STIPULATION RE: WITHDRAWAL OF ALL PENDING MOTIONS

**JOINT STIPULATION RE: WITHDRAWAL OF ALL PENDING MOTIONS**

The undersigned parties jointly stipulate to the withdrawal of all of Plaintiff's and Defendant Avidyne Corporation's pending motions before the Court in the above entitled action. STIPULATED AND AGREED TO BY PLAINTIFF AND DEFENDANT AVIDYNE CORPORATION.

DATED this 30th day of March, 2010.

        COONEY & CREW, LLP
        Thomas E. Cooney
        OSB No. 560237
        David J. Madigan
        OSB No. 013334

        and

        COZEN O'CONNOR
        Ann Thornton Field (*pro hac vice*)
        Evan Caplan (*pro hac vice*)

By:  /s/ David J. Madigan
        Thomas Cooney, OSB No. 56023
        David J. Madigan, OSB No. 01333
        Ann Thornton Field
        Evan Caplan

        Attorneys for Defendant, Avidyne Corporation

///

///

///

///

///

///

        Robert B. Hopkins, OSB No. 731430
        Landye Bennett Blumstein, LLP
        1300 SW Fifth Avenue
        Suite 3500
        Portland, OR 97201

        and

        Douglas P. Desjardins (*pro hac vice*)
        Transportation Injury Law Group
        1717 N. Street NW, Suite 300
        Washington, DC  20036

By:   /s/ Douglas P. Desjardins
        Robert B. Hopkins, OSB No. 731430
        Douglas P. Desjardins

        Attorneys for Plaintiff